The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| NYESHA JONES,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, VERITY CREDIT UNION, BOEING EMPLOYEES CREDIT UNION, BANK OF AMERICA CORPORATION, HABORSTONE CREDIT UNION,<br><br>　　　　　　Defendants. | Case No. 3:23-cv-06063-BHS<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES LLC ONLY |

STIPULATION OF DISMISSAL WITH PREJUDICE
[NO. 3:23-CV-06063-BHS]

Seyfarth Shaw LLP
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff, Nyesha Jones, and Defendant Equifax Information Services LLC ("Equifax") that the above-titled action is hereby dismissed with prejudice as to Defendant Equifax. Each party will bear their own costs and attorney's fees.

Dated:  April 22, 2024                           Respectfully submitted,

                                                 PRO SE PLAINTIFF


                                                 By: _____
                                                        Nyesha Jones

                                                 *Pro Se Plaintiff*



                                                 SEYFARTH SHAW LLP


                                                 By:   */s/Andrew R. Escobar*
                                                        Andrew R. Escobar, WSBA No. 42793
                                                        SEYFARTH SHAW LLP
                                                        999 Third Avenue, Suite 4700
                                                        Seattle, Washington 98104-4041
                                                        Phone:   (206) 946-4910
                                                        Email:   aescobar@seyfarth.com

                                                 *Counsel for Defendant*
                                                 *Equifax Information Services LLC*

STIPULATION OF DISMISSAL WITH
PREJUDICE - 1
[NO. 3:23-CV-06063-BHS]

Seyfarth Shaw LLP
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910

1   IT IS SO ORDERED.

2   Dated this 22nd day of April, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge

STIPULATION OF DISMISSAL WITH
PREJUDICE - 2
[NO. 3:23-CV-06063-BHS]

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2024, I presented the foregoing STIPULATION OF DISMISSAL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.  A copy has also been sent via U.S. Mail to the following:

Nyesha Jones, *pro se*
10007 14th Ave., Ct. E
Tacoma, WA  98445
Email:  nyjones1991@gmail.com

*/s/ Andrew R. Escobar*
Andrew R. Escobar
*Counsel for Defendant*
*Equifax Information Services LLC*

STIPULATION OF DISMISSAL WITH
PREJUDICE - 3
[NO. 3:23-CV-06063-BHS]

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910